IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID JENNINGS                                                                                          PETITIONER

VS.                             CASE NO. 2:06CV00131 GH

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                       RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

SO ADJUDGED this 28th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE