IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID JENNINGS                                                                                          PETITIONER

vs.                                          CASE NO. **2:06CV00131GH**

LINDA SANDERS                                                                                        RESPONDENT

## **ORDER**

On November 28, 2006, the Court entered an Order adopting the proposed findings and recommendations from the Magistrate Judge. The Court noted that there had been no objections. Petitioner filed his objections on November 28, 2006, and the Court did not have an opportunity to consider the objection before entering judgment dismissing the petition.

The Court has considered the objections and is not persuaded that there is any basis for the Court to reconsider its rulings. The Court remains convinced that the § 2241 petition should be dismissed.

IT IS SO ORDERED this 29th day of November, 2006.

*George Howard, Jr.*

———————————————————
UNITED STATES DISTRICT JUDGE